1  PAUL K. CHARLTON
   United States Attorney
2  District of Arizona
   ERIC J. MARKOVICH
3  Assistant United States Attorney
   405 West Congress Street, Suite 4800
4  Tucson, Arizona 85701-5040
   Telephone: (520) 620-7300
5  Eric.Markovich@usdoj.gov
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,  )  **CR06-0542 TU**
                           )  **INDICTMENT**
         Plaintiff,        )
                           )  Violation:
    v.                     )
                           )  29 U.S.C. § 501(c)
Edward Johnson,            )
                           )
         Defendant.        )  (Embezzlement of Assets)
                           )
_____)

CKJ/CRP

**THE GRAND JURY CHARGES:**

## Count 1

That on or about May 24, 2001, at or near Tucson, in the District of Arizona, the defendant, Edward Johnson, while an officer of the National Association of Letter Carriers, Branch 704 ("NALC"), a labor organization engaged in an industry affected commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, the monies, funds, securities, property, and other assets of said labor organization, to wit, check number 109 in the amount of $600.00, drawn on the Arizona Bank account (#xxxxxx0887) of the NALC, and made payable to and negotiated by Edward Johnson, in violation of Title 29, United States Code, Section 501(c).

## Count 2

That on or about July 9, 2001, at or near Tucson, in the District of Arizona, the defendant, Edward Johnson, while an officer of the National Association of Letter Carriers, Branch 704 ("NALC"), a labor organization engaged in an industry affected commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, the monies, funds, securities, property, and other assets of said labor organization, to wit, check number 110 in the amount of $800.00, drawn on the Arizona Bank account (#xxxxxx0887) of the NALC, and made payable to and negotiated by Edward Johnson, in violation of Title 29, United States Code, Section 501(c).

## Count 3

That on or about July 13, 2001, at or near Tucson, in the District of Arizona, the defendant, Edward Johnson, while an officer of the National Association of Letter Carriers, Branch 704 ("NALC"), a labor organization engaged in an industry affected commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, the monies, funds, securities, property, and other assets of said labor organization, to wit, check number 111 in the amount of $500.00, drawn on the Arizona Bank account (#xxxxxx0887) of the NALC, and made payable to and negotiated by Edward Johnson, in violation of Title 29, United States Code, Section 501(c).

## Count 4

That on or about August 22, 2001, at or near Tucson, in the District of Arizona, the defendant, Edward Johnson, while an officer of the National Association of Letter Carriers,

United States vs. Edward Johnson
Indictment Page 2

2

Branch 704 ("NALC"), a labor organization engaged in an industry affected commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, the monies, funds, securities, property, and other assets of said labor organization, to wit, check number 112 in the amount of $450.00, drawn on the Arizona Bank account (#xxxxxx0887) of the NALC, and made payable to and negotiated by Edward Johnson, in violation of Title 29, United States Code, Section 501(c).

### Count 5

That on or about November 5, 2001, at or near Tucson, in the District of Arizona, the defendant, Edward Johnson, while an officer of the National Association of Letter Carriers, Branch 704 ("NALC"), a labor organization engaged in an industry affected commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, the monies, funds, securities, property, and other assets of said labor organization, to wit, check number 117 in the amount of $800.00, drawn on the Arizona Bank account (#xxxxxx0887) of the NALC, and made payable to and negotiated by Edward Johnson, in violation of Title 29, United States Code, Section 501(c).

### Count 6

That on or about November 5, 2001, at or near Tucson, in the District of Arizona, the defendant, Edward Johnson, while an officer of the National Association of Letter Carriers, Branch 704 ("NALC"), a labor organization engaged in an industry affected commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, the monies,

United States vs. Edward Johnson
Indictment Page 3

funds, securities, property, and other assets of said labor organization, to wit, check number 118 in the amount of $440.00, drawn on the Arizona Bank account (#xxxxxx0887) of the NALC, and made payable to and negotiated by Edward Johnson, in violation of Title 29, United States Code, Section 501(c).

### Count 7

That on or about May 6, 2002, at or near Tucson, in the District of Arizona, the defendant, Edward Johnson, while an officer of the National Association of Letter Carriers, Branch 704 ("NALC"), a labor organization engaged in an industry affected commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, the monies, funds, securities, property, and other assets of said labor organization, to wit, check number 130 in the amount of $1,200.00, drawn on the Arizona Bank account (#xxxxxx0887) of the NALC, and made payable to and negotiated by Edward Johnson, in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

Presiding Juror

PAUL K. CHARLTON
United States Attorney
District of Arizona

Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

MAR 1 5 2006

United States vs. Edward Johnson
Indictment Page 4

4